| | |
|---|---|
| In re: | Case No. 12-03367-MJC |
| Steven Richard Aleckna | Chapter 13 |
| Jaime Sue Aleckna | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 05, 2024 | Form ID: fnldec | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Steven Richard Aleckna, 1772 Hideout, Lake Ariel, PA 18436-9575 |
| jdb | #+ | Jaime Sue Aleckna, 1772 Hideout, Lake Ariel, PA 18436-9575 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Brett Freeman | on behalf of Debtor 1 Steven Richard Aleckna brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Brett Freeman | on behalf of Debtor 2 Jaime Sue Aleckna brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Carlo Sabatini | |

| | |
|---|---|
| | on behalf of Debtor 1 Steven Richard Aleckna usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Carlo Sabatini | |
| | on behalf of Defendant Jaime Sue Aleckna usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Carlo Sabatini | |
| | on behalf of Debtor 2 Jaime Sue Aleckna usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Jeffery Daar | |
| | on behalf of Plaintiff California Coast University jdaar@daarnewman.com ldesk2@daarnewman.com |
| Kirk Leonard Moon, III | |
| | on behalf of Creditor California Coast University kirkmoon3@gmail.com |
| Leonard Michael Gryskewicz, Jr. | |
| | on behalf of Plaintiff Jaime Sue Aleckna lenny@lampmanlaw.com lgecfs@gmail.com;reception@lampmanlaw.com |
| Leonard Michael Gryskewicz, Jr. | |
| | on behalf of Plaintiff Steven Richard Aleckna lenny@lampmanlaw.com lgecfs@gmail.com;reception@lampmanlaw.com |
| Robert P. Sheils, III | |
| | on behalf of Plaintiff California Coast University RSheilsIII@SheilsLaw.com tvelez@sheilslaw.com;rmcdonald@sheilslaw.com |
| Robert P. Sheils, III | |
| | on behalf of Creditor California Coast University RSheilsIII@SheilsLaw.com tvelez@sheilslaw.com;rmcdonald@sheilslaw.com |
| Robert P. Sheils, Jr | |
| | on behalf of Plaintiff California Coast University RSheils@SheilsLaw.com tvelez@sheilslaw.com;rmcdonald@sheilslaw.com |
| Robert P. Sheils, Jr | |
| | on behalf of Creditor California Coast University RSheils@SheilsLaw.com tvelez@sheilslaw.com;rmcdonald@sheilslaw.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 17

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven Richard Aleckna,  Chapter 13

**Debtor 1**

Case No.   5:12−bk−03367−MJC

Jaime Sue Aleckna,

**Debtor 2**

Social Security No.:
xxx−xx−8220   xxx−xx−2770

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 5, 2024

**fnldec** (01/22)